UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROCK, ) | Case No. EDCV 09-2107 BRO(JC) |
| Petitioner, ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| LARRY SMALL, ) ) | JUDGE |
| Respondent. ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is granted and the Petition is dismissed with prejudice as time-barred.

1	IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2	Report and Recommendation, and the Judgment herein on petitioner and counsel
3	for respondent.
4	LET JUDGMENT BE ENTERED ACCORDINGLY.

6	DATED: April 8, 2014



_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE